UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUN 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. PABLO VILLASENOR-OCHOA, Defendant - Appellant. | No. 26-3267 D.C. No. 3:26-mj-00100-MHS-1 District of Oregon, Portland ORDER |

The motion (Docket Entry No. 5) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT